# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0980
Lower Tribunal No. 22-9226
_____

## City of Miami,
Appellant,

vs.

## VQ Everglades Rental, LLC,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Victoria Méndez, City Attorney and Kerri L. McNulty, Senior Appellate Counsel, and Rachel S. Glorioso Dooley, Senior Assistant City Attorney, for appellant.

Perlman, Bajandas, Yevoli & Albright, PL, and Sebastian Jaramillo, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

BOKOR, J.

The City of Miami appeals the entry of a temporary injunction against demolition of an unsafe structure. Because the trial court did not make specific factual findings as to all four required elements for a temporary injunction, we reverse and remand for the trial court to reconsider its ruling and, if such injunction is again granted, to include express findings as to all four elements. See Angelino v. Santa Barbara Enters., LLC, 2 So. 3d 1100, 1103 (Fla. 3d DCA 2009) ("A temporary injunction that merely recites legal conclusions is insufficient to support its entry."); Phelan v. Trifactor Sols., LLC, 312 So. 3d 1036, 1039 (Fla. 2d DCA 2021) (reversing and remanding temporary injunction where trial court did not make express findings as to all four required elements for a temporary injunction).

Reversed and remanded with instructions.